John H. CARNEY; James R. Fisher,
Plaintiffs–Appellants,

v.

UNITED STATES of America;
et al., Defendants,

United States of America; Office of Thrift Supervision; Federal Bureau of Investigation, One or more unknown officials of the Department of Justice, Federal Bureau of Investigation; Fred Teed; Rolf D. Coburn, also known as Rolf Nordstrom; Karen Bruton; Ken Klein; Richard Riccabono; Vincent G. Fazzio; Jennifer Gant; Brad Lambert; Richard H. Kamp; Pamela I. Dempsey; Jack Hinton; Edward Kramer, Defendants–Appellees.

No. 05–10198.

United States Court of Appeals,
Fifth Circuit.

May 9, 2006.

John Hatchett Carney, John H. Carney & Associates, Dallas, TX, pro se.

James M. Murphy, Dallas, TX, James R. Fisher, for Plaintiff–Appellant.

R. Todd Ingram, U.S. Department of Justice Civil Division, Thomas Jacob Segal, Dirk S. Roberts, U.S. Department of Treasury Office of Thrift Supervision, Michael Lee Martinez, Crowell & Moring, Nicole L. Streeter, Gilbert, Heintz & Randolph, James M. Cole, William Edward Olson, Bryan Cave, Washington, DC, George M Kryder, III, Vinson & Elkins, Dallas, TX, for Defendants–Appellees.

Before JONES, Chief Judge, and BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

This court, having carefully reviewed the parties' briefs and pertinent portions of the record in light of the parties' oral arguments, concludes there is no reversible error in the district court's essential findings of fact and conclusions of law. We therefore AFFIRM the final judgment of the district court essentially for the reasons stated in its controlling opinions.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.